Commonwealth ex rel. Pullman, Appellant, *v.* Pullman.

364

Argued September 18, 1961. Before ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ. (RHODES, P. J., absent).

Before DIGGINS, J.

*Edward M. Seletz,* for appellant.

No argument was made nor brief submitted for appellee.

OPINION PER CURIAM, November 16, 1961:

The order of the Court of Quarter Sessions of Delaware County is affirmed on the opinion of Judge JOHN V. DIGGINS for the court below, reported at 25 Pa. D. & C. 2d 332.